IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

CHRISTINE HEYDEMANN,

    Appellant,

v.

                          CIVIL NO.: WDQ-07-3362

UNITED STATES OF AMERICA,

    Appellee.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 8th day of May, 2008, ORDERED that:

1. The bankruptcy court's December 18, 2007 Amended Order overruling Christine Heydemann's objection to penalties assessed by the Internal Revenue Service under 26 U.S.C. § 6038 BE, and HEREBY IS, AFFIRMED;

2. The case BE, and HEREBY IS, CLOSED; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                _____
                                                William D. Quarles, Jr.
                                                United States District Judge